# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALBERT VERNON ROBERTSON** : | **DOCKET NO. 18-cv-1219** |
| **D.O.C. # 241116** | | **SECTION P** |
| **VERSUS** : | **UNASSIGNED DISTRICT JUDGE** |
| **WARDEN COLEY, ET AL.** : | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

Before the court is the amended civil rights complaint [doc. 8] filed pursuant to 42 U.S.C. § 1983 by plaintiff Albert Vernon Robertson, who is proceeding pro se and in forma pauperis in this matter. Robertson is an inmate in the custody of the Louisiana Department of Public Safety and Corrections, and is currently incarcerated at Dixon Correctional Institute in Jackson, Louisiana. However, his claims relate to incidents that allegedly occurred while he was at Allen Correctional Center in Kinder, Louisiana.

On initial review of Robertson's original complaint [doc. 1], this court noted that he had failed to state a claim against Warden Coley [*sic*] or Allen Correctional Center and that his claim for injunctive relief failed as a matter of law. Doc. 5. Accordingly, Robertson was ordered to amend his complaint and correct the deficiencies. *Id.* Robertson has now filed an amended complaint, and makes no mention therein of injunctive relief, Allen Correctional Center, or the warden. Accordingly, we assume that Robertson has nothing to add to these claims and recommend that they be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Report and Recommendation to

file written objections with the Clerk of Court. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

    THUS DONE AND SIGNED in Chambers this 30th day of October, 2018.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE