UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALBERT VERNON ROBERTSON** <br> D.O.C. # 241116 | : | **CIVIL ACTION NO. 2:18-cv-1219** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **WARDEN COLEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 10] of the Magistrate Judge previously filed herein, a after *de novo* determination of the issues, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the claim for injunctive relief and all claims against Warden Coley and Allen Correctional Center, who are not proper parties to this suit, be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**THUS DONE AND SIGNED** in Chambers this 10th day of December, 2018.

_____
ROBERT R SUMMERHAYS
UNITED STATES DISTRICT JUDGE