# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALBERT VERNON ROBERTSON** | : | **DOCKET NO. 18-CV-1219** |
| **D.O.C. # 241116** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN COLEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants' Motion for Summary Judgment [doc. 22] be **GRANTED**, that plaintiff's Motion for Summary Judgment [doc. 24] be **DENIED**, and that all claims against defendants Romana Poullard and "Nurse Hilda" (Hilda Campbell) be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 16th day of October, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**