UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ALBERT VERNON ROBERTSON #241116** | **CASE NO. 2:18-CV-01219 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN COLEY ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 39] of the Magistrate Judge previously filed herein, and after an independent review of the record, a determination that the findings are correct under the applicable law, and a consideration of the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED,** and **DECREED** that defendant Sondra West's Motion for Summary Judgment [doc. 37] be **GRANTED** and that all remaining claims in this matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 24th day of April, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**